# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2057

_____

Fen Hao Chen,                              *
                                           *
              Petitioner,                   *
                                           *   Petition for Review of
        v.                                  *   an Order of the Board
                                           *   of Immigration Appeals.
Eric H. Holder, Jr.,                        *
Attorney General of the United States,      *   [UNPUBLISHED]
                                           *
              Respondent.                   *

_____

Submitted:  October 5, 2010
    Filed:  October 20, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Chinese citizen Fen Hao Chen petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. See Li Yun Lin v. Mukasey, 526 F.3d 1164, 1165-66 (8th Cir. 2008) (per curiam) (standard of review). Accordingly, we deny the petition for review.

_____